# In the United States Court of Federal Claims

| | |
|---|---|
| **DYONYX, L.P.,** | |
| Plaintiff, | |
| v. | No. 08-458C |
| **THE UNITED STATES,** | (Filed June 20, 2008) |
| Defendant. | |

## ORDER

Further to plaintiff's Complaint for Declaratory and Injunctive Relief and Motion for Leave To File Complaint Under Seal filed this date, and further to an off-the-record telephone conversation between the court's Judicial Assistant and defense counsel, who represented counsel for plaintiff's agreement with the actions directed by this order,

**IT IS ORDERED,** as follows:

1. Plaintiff's motion is granted, and this case is filed under seal pending further order of the court.

2. A scheduling conference shall be held at 10:30 a.m. on Tuesday, June 24, 2008, in the National Courts Building. Counsel shall participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge