ORIGINAL

FILED
JUN 20 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

DYONYX, L.P.
1235 N. Loop West,
Suite 1220
Houston, TX 77008
Plaintiff

v.

THE UNITED STATES

Defendant

Case No. 08-458 C

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff, DYONYX L.P., ("DYONYX") by and through its undersigned counsel, respectfully requests that its Complaint for Declaratory and Injunctive Relief, filed contemporaneously with this Motion, be filed under seal. The Complaint contains confidential and proprietary information and DYONYX seeks to protect that information from public scrutiny. DYONYX has also provided a redacted version of the Complaint that may be made available to the public.

Respectfully submitted,

Terrence M. O'Connor

Terrence M. O'Connor
Sarah T. Zaffina
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone (703) 562-3382
Facsimile: (703) 312-0415
Counsel for DYONYX L.P.

Dated: 6/20/08