# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DYONYX, L.P.,**

Plaintiff,

v. — No. 08-458C

**THE UNITED STATES,** — (Filed June 25, 2008)

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to scheduling conference held on June 24, 2008,

**IT IS ORDERED,** as follows:

1. By July 3, 2008, the parties shall file an agreed-upon Protective Order for entry by the court.

2. By July 9, 2008, defendant shall file the Administrative Record by CD-ROM, with one hard copy delivered both to the court and to plaintiff. The copying requirements are waived.

3. On July 31, 2008, the parties shall file simultaneous cross-motions for summary judgment on the administrative record.

4. On August 8, 2008, the parties shall file simultaneous responses.

5. Argument on the parties' cross-motions for summary judgment shall be held at 10:30 a.m. on Tuesday, August 19, 2008, in the Howard T. Markey National Courts Building.

6. The court commits to enter an order on plaintiff's requests for relief by August 29, 2008.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge