**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| DYONYX, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-458C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, and the Court's June 25, 2008 Scheduling Order, Plaintiff respectfully requests this Court enter the agreed-upon proposed Protective Order. Counsel for the Defendant consents to this motion.

Respectfully submitted,

s/ Stephanie D. Wilson

Terrence M. O'Connor
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone (703) 312-0410
Facsimile: (703) 312-0415
*Counsel for DYONYX L.P.*

July 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2008, a copy of the foregoing Plaintiff's Motion for a Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Stephanie D. Wilson